# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 01-cr-00255-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANTHONY AMBERS,

    Defendant.

## MINUTE ORDER[1]

    A Hearing regarding Violations of Supervised Release is set for **December 7, 2012**, at 2:30 p.m., to be conducted at the United States District Court, 901 19th Street, Denver, Colorado, courtroom A1001 before Judge Robert E. Blackburn. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: October 3, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.