**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 01-cr-00255-REB

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. ANTHONY AMBERS,

Defendant.

---

**ORDER**

---

Pursuant to and in accordance with the supervised release hearing held before the Honorable Robert E. Blackburn, United States District Judge, on December 7, 2012,

**IT IS ORDERED** that defendant Anthony Ambers is sentenced to **time served**.

Dated: December 7, 2012

BY THE COURT:

s/ Robert E. Blackburn
ROBERT E. BLACKBURN,
UNITED STATES DISTRICT JUDGE